# EXHIBIT 1 TO INTERSTATE'S COMPLAINT
# US8163591B2 vs ADT Products

# Bibliography

| Field | Details |
|---|---|
| Publication Number | US8163591B2 |
| Title | Backside illuminated image sensor |
| Abstract | A backside illuminated image sensor includes a photodiode, formed below the top surface of a semiconductor substrate, for receiving light illuminated from the backside of the semiconductor substrate to generate photoelectric charges, a reflecting gate, formed on the photodiode over the front upper surface of the semiconductor substrate, for reflecting light illuminated from the backside of the substrate and receiving a bias to control a depletion region of the photodiode, and a transfer gate for transferring photoelectric charges from the photodiode to a sensing node of a pixel. |
| Inventor(s) | Sung-hyung Park, Ju-Il Lee |
| Priority Date | 2007-06-29 |
| Expiration Date | 2028-06-27 |

# US8163591B2

| Claim 1 | ADT Products |
|---|---|
| 1. A method comprising; providing light at a backside of a substrate reflecting the provided light onto a front side of a depletion region to generate and store a photoelectric charge; and applying a bias signal at the front side of the depletion region to control the size of the depletion region. | <br>**Source:** Google Nest Hub Max \| Smart Home Display \| ADT.com® |

# US8163591B2

| Claim 1 | ADT Products |
|---|---|
| 1. A method comprising; providing light at a backside of a substrate reflecting the provided light onto a front side of a depletion region to generate and store a photoelectric charge; and applying a bias signal at the front side of the depletion region to control the size of the depletion region. | Set up ADT with Google<br><br>**Important:** This partnership is currently limited to customers in the United States of America.<br><br>Google and ADT have partnered to provide Google Nest devices and services as a part of ADT systems. This article includes steps for how to connect your ADT account to the Google Home app.<br><br>Customers can purchase these Google Nest products from ADT and have an ADT installer set them up in their home:<br><br>• Nest Doorbell (battery)<br>• Nest Doorbell (wired, 2nd gen)<br>• Nest Doorbell (wired, 3rd gen)<br>• Nest Cam Indoor (wired, 3rd gen)<br>• Nest Cam Outdoor (wired, 2nd gen)<br>• Nest Cam (battery)<br>• Nest Cam (wired)<br>• Nest Cam with floodlight (wired)<br>• Nest Hub (2nd Gen) and Nest Hub Max<br>• Nest Mini<br>• Nest Wifi and Wifi Point<br>• Nest Learning Thermostat and Nest Thermostat<br>• Nest Aware and Nest Aware Plus<br><br>**Source:** Set up ADT with Google - Google Home and Nest Help |

# US8163591B2

| Claim 1 | ADT Products |
|---|---|
| 1. A method comprising; providing light at a backside of a substrate reflecting the provided light onto a front side of a depletion region to generate and store a photoelectric charge; and applying a bias signal at the front side of the depletion region to control the size of the depletion region. | The new Google Nest Hub Max is a smart display with a built-in speaker and Google Assistant. Unlike the previously launch Home Hub, the device features a front facing camera which can be used to make video calls via the company owned Duo video calling service. The camera uses a wide-angle Sony IMX277 sensor which combined with software algorithms can track and keep faces in the centre of the frame during video calls. Notably, this is the same sensor present on the GoPro Hero 7 Black action camera. The key highlight of the product is the 10 inch LCD display with an HD resolution; which is significantly larger than the 7-inch one found in its predecessor.<br><br>**Source:** Google Launches The Nest Hub Max Smart Display – iGyaan Network |

# US8163591B2

| Claim 1 | ADT Products |
|---|---|
| **1.** A method comprising: **providing light at a backside of a substrate;** reflecting the provided light onto a front side of a depletion region to generate and store a photoelectric charge; and applying a bias signal at the front side of the depletion region to control the size of the depletion region. | (see below) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IMX477 | PDF | 12M | 1/2.3 | 1.55 | 40 | MIPI 4Lane | RGB | Stacked BI |
| IMX277 | PDF | 12M | 1/2.3 | 1.55 | 44 | SLVS-EC 8Lane | RGB | BI |

BI : Back-illuminated CMOS Image Sensor
FI : Front-illuminated CMOS Image Sensor
CoW BI : Chip on Wafer Back-illuminated CMOS Image Sensor
Stacked BI : Stacked Back-illuminated CMOS Image Sensor
* Related page : Products Lineup for Industry , Products Lineup for Security

**Source:** https://www.sony-semicon.com/en/products/is/camera/index.html

# US8163591B2

| Claim 1 | ADT Products |
|---|---|
| **1.** A method comprising: **providing light at a backside of a substrate;** reflecting the provided light onto a front side of a depletion region to generate and store a photoelectric charge; and applying a bias signal at the front side of the depletion region to control the size of the depletion region. | **Overview**<br><br>In 2009, Sony Semiconductor Solutions Corporation(SSS) developed a back-illuminated CMOS image sensor product with twice the sensitivity of conventional products. Compared to conventional CMOS image sensors with a front-illuminated structure, it has achieved roughly double the sensitivity while also reducing noise. Emitting light from the back side of the silicon substrate has made it possible to increase the amount of light entering each pixel without being obstructed by metal wiring or transistors, allowing it to reduce the degradation of sensitivity caused by different optical angles. It can capture smooth, high resolution images even in settings with dark environments such as night views.<br><br><br><br>**Source:** Back-illuminated Structure \| Common Technology of Image Sensors \| Technology \| Sony Semiconductor Solutions Group |

# US8163591B2

| Claim 1 | ADT Products |
|---|---|
| **1.** A method comprising: providing light at a backside of a substrate; **reflecting the provided light onto a front side of a depletion region to generate and store a photoelectric charge**; and applying a bias signal at the front side of the depletion region to control the size of the depletion region. |   |



https://www.sony-semicon.com/en/technology/security/index.html



https://www.teamwavelength.com/photodiode-basics/

# US8163591B2

| Claim 1 | ADT Products |
|---|---|
| **1.** A method comprising: providing light at a backside of a substrate; **reflecting the provided light onto a front side of a depletion region to generate and store a photoelectric charge**; and applying a bias signal at the front side of the depletion region to control the size of the depletion region. |   https://www.sony-semicon.com/en/technology/security/index.html |

# US8163591B2

| Claim 1 | ADT Products |
|---|---|
| **1.** A method comprising: providing light at a backside of a substrate; reflecting the provided light onto a front side of a depletion region to generate and store a photoelectric charge; and **applying a bias signal at the front side of the depletion region to control the size of the depletion region.** | See below |

### Technology that achieves low noise

Image sensors capture light with photodiodes, convert it into electrical signals, and then output an image as digital values. A dark image can be brightened by amplifying the signals (setting a higher gain level). However, higher gain levels cause noise in the electrical signals to be equally amplified, resulting in a grainy image.

Sony's Super High Conversion Gain technology is designed to amplify electrical signals immediately after the conversion from photons, when the noise levels are relatively low. In this way, it reduces the overall noise after amplification. As a result, lower-noise images, compared to conventional technology, can be captured even in a low-illuminance environment. Lower noise levels in images also help to enhance the accuracy in visual or AI-assisted image recognition.

### Evolving structure and improving performance

The change from a front-illuminated to back-illuminated structure has enabled super-high sensitivity, from which came STARVIS technology. (See Technology that delivers high sensitivity) The sensitivity and HDR feature have been improved further by increasing the amount of light to be captured, enabled by increasing the depth of a photodiode and modifying the structures and materials of the walls between photodiodes. These are not the only improvements made. The on-chip lens has improved light concentration and transmittance, the color filter has higher transmittance, the photoelectric conversion efficiency has improved, and much more. As we explore, research, and develop optimal materials and continue the pursuit of nanometer-level precision in manufacturing processes, our technology progresses on its path of evolution.

https://www.sony-semicon.com/en/technology/security/index.html

PHOTODIODE BASICS – Wavelength Electronics

Figure 1. P-N Photodiode Cross-section

