# EXHIBIT 2 TO INTERSTATE'S COMPLAINT
# US7853856B2 vs ADT Products

# Bibliography

| Field | Details |
|---|---|
| Publication Number | US7853856B2 |
| Title | Forming of error correction data |
| Abstract | The invention relates to the generation of error correction data for available data packets and to the reconstruction of missing data packets based on available data packets and available error correction data. In order to enable an efficient error correction, the data packets are distributed at an encoding end to at least one block of data symbols, each data symbol being of equal size. Then all data symbols of a respective block are used in an encoding operation for forming a respective one of at least one error correction symbol for this block. At a decoding end, received data packets are distributed again to a block of data symbols and missing data packets are reconstructed based on these data symbols and on error correction symbols associated to the block. |
| Inventor(s) | Ramakrishna Vedantham, David Leon, Igor Curcio |
| Priority Date | 2004-10-06 |
| Expiration Date | 2029-02-01 |

# US7853856B2

| Claim 13 | ADT Products |
| --- | --- |
| 13. A device for reconstructing missing data packets, the device comprising:<br><br>a communication interface configured to receive one or more data packets and one or more error correction data packets; and<br><br>a processing module configured to cause the device to<br><br>determine if all of the one or more data packets were received;<br><br>if all of the one or more data packets were not received, evaluate positioning information of the one or more data packets;<br><br>distribute the one or more data packets to a block of data symbols, wherein the block of data symbols comprises equal size data symbols and each data packet is associated to a known position in the block of data symbols;<br><br>distribute the one or more error correction data packets to a block of error correction symbols; and<br><br>recover the one or more data packets that were not received based on the data symbols and based on the error correction symbols. | See below |

**ADT-Branded LTE Cellular Alarm Communicator (LE4000RF-ADTAT)**

FCC ID: F5317LE4000 \| Grantee: Tyco Safety Products Canada Ltd. (DSC / Johnson Controls) \| Equipment Class: LTE Cellular Alarm Communicator

*Sold and installed as ADT-branded hardware (product listing: "ADT Branded AT&T LTE Universal Cellular Alarm Communicator" — model LE4000RF-ADTAT), built on the DSC/Tyco LE4000 LTE Universal Wireless Alarm Communicator platform.*

***Source:*** *https://fccid.io/F5317LE4000*

**ADT LTE Alarm Communicator (LE4000RF-ADTAT) — External Housing**

FCC external-photo exhibit for FCC ID F5317LE4000: white plastic wall-mount enclosure with an external whip antenna, labeled "LTE Cellular Alarm Communicator" by Tyco Safety Products Canada Ltd.




***Source:*** *https://fccid.io/F5317LE4000/External-Photos/External-Photos-le4000-3679815*

**ADT LTE Alarm Communicator (LE4000RF-ADTAT) — Internal Teardown**

FCC internal-photo exhibit for FCC ID F5317LE4000 shows a green PCB labeled "LE4000" carrying a shielded RF module labeled:




***Source:*** *https://fccid.io/F5317LE4000/Internal-Photos/Internal-Photos-LE4000-3679818*

# US7853856B2

| Claim 13 | ADT Products |
|---|---|
| 13. A device for reconstructing missing data packets, the device comprising:<br><br>a communication interface configured to receive one or more data packets and one or more error correction data packets; and<br><br>a processing module configured to cause the device to<br><br>determine if all of the one or more data packets were received;<br><br>if all of the one or more data packets were not received, evaluate positioning information of the one or more data packets;<br><br>distribute the one or more data packets to a block of data symbols, wherein the block of data symbols comprises equal size data symbols and each data packet is associated to a known position in the block of data symbols;<br><br>distribute the one or more error correction data packets to a block of error correction symbols; and<br><br>recover the one or more data packets that were not received based on the data symbols and based on the error correction symbols. | Telit<br><br>(see table below)<br><br>**"Telit LE910-NA1" (FCC ID RI7LE910NAV2)**<br>*Telit LE910-NA1 is an LTE Cat 1 module supporting AT&T/T-Mobile North America bands B2/B4/B5/B12/B13.*<br><br>***Source:*** *https://www.alldatasheet.com/datasheet-pdf/view/1249448/TELIT/LE910B1-NA.html* |

| | LE910-SV1 | LE910-SVL | LE910-NA1 | LE910B1-NA | LE910B1-SA | LE910-EU1 | LE910-JN1 |
|---|---|---|---|---|---|---|---|
| Market | North America (Verizon) | North America (Verizon) | North America (AT&T, T-Mobile)* | North America (AT&T)* | North America (AT&T) | Europe | Japan (NTT DoCoMo) |
| **Frequencies** | | | | | | | |
| 4G bands (MHz) | B2(1900) B4(AWS1700) B13(700) | B4(AWS1700) B13(700) | B2(1900) B4(AWS1700) B5(850) B12/B13(700) | B2(1900) B4(AWS1700) B5(850) B12/B13(700) | B2(1900) B4(AWS1700) B12(700) | B1(2100) B3(1800) B7(2600) B8(900) B20(800) | B1(2100) B19(850) B21(1500) |
| 3G bands (MHz) | | | B2(1900) B5(850) | B2(1900) B5(850) | | | |
| 2G bands (MHz) | | | | | | B3(1800) B8(900) | |
| Voice | VoLTE | VoLTE | | VoLTE | VoLTE | | |

# US7853856B2

| Claim 13 | ADT Products |
|---|---|
| 13. A device for reconstructing missing data packets, the device comprising:<br><br>a communication interface configured to receive one or more data packets and one or more error correction data packets; and<br><br>a processing module configured to cause the device to<br><br>determine if all of the one or more data packets were received;<br><br>if all of the one or more data packets were not received, evaluate positioning information of the one or more data packets;<br><br>distribute the one or more data packets to a block of data symbols, wherein the block of data symbols comprises equal size data symbols and each data packet is associated to a known position in the block of data symbols;<br><br>distribute the one or more error correction data packets to a block of error correction symbols; and<br><br>recover the one or more data packets that were not received based on the data symbols and based on the error correction symbols. | **4.4.6 MBMS UE**<br><br>The MBMS UE hosts the MBMS User Services receiver function. The MBMS receiver function may receive data from MBMS bearer services or from unicast bearer services. The MBMS receiver function may receive data from several MBMS User Services simultaneously. According to the MBMS UE capabilities, some MBMS UEs may be able to receive data belonging to one MBMS User Service from several MBMS Bearer Services simultaneously. The MBMS receiver function uses interactive bearers for user service initiation / termination, user service discovery and associated delivery procedures.<br><br>***Source:*** *3GPP TS 26.346* |

# US7853856B2

| Claim 13 | ADT Products |
|---|---|
| 13. A device for reconstructing missing data packets, the device comprising:<br><br>a communication interface configured to receive one or more data packets and one or more error correction data packets; and<br><br>a processing module configured to cause the device to<br><br>determine if all of the one or more data packets were received;<br><br>if all of the one or more data packets were not received, evaluate positioning information of the one or more data packets;<br><br>distribute the one or more data packets to a block of data symbols, wherein the block of data symbols comprises equal size data symbols and each data packet is associated to a known position in the block of data symbols;<br><br>distribute the one or more error correction data packets to a block of error correction symbols; and<br><br>recover the one or more data packets that were not received based on the data symbols and based on the error correction symbols. | 4.4 Functional entities to support MBMS User Services<br><br>4.4.1 MBMS User Service architecture<br><br>Figures 3a and 3b depict the MBMS network architecture showing MBMS related entities involved in providing MBMS User Services.<br><br><br><br>**Figure 3b: MBMS network architecture model for EPS**<br><br>MBMS User Service architecture is based on an MBMS receiver on the UE side and a BM-SC on the network side.<br><br>***Source:*** *3GPP TS 26.346* |

# US7853856B2

| Claim 13 | ADT Products |
|---|---|
| 13. A device for reconstructing missing data packets, the device comprising:<br><br>a communication interface configured to receive one or more data packets and one or more error correction data packets; and<br><br>a processing module configured to cause the device to<br><br>determine if all of the one or more data packets were received;<br><br>if all of the one or more data packets were not received, evaluate positioning information of the one or more data packets;<br><br>distribute the one or more data packets to a block of data symbols, wherein the block of data symbols comprises equal size data symbols and each data packet is associated to a known position in the block of data symbols;<br><br>distribute the one or more error correction data packets to a block of error correction symbols; and<br><br>recover the one or more data packets that were not received based on the data symbols and based on the error correction symbols. | **8.2.2.2 Receiving terminal operation (Informative)**<br><br>The following describes a possible receiver algorithm, when receiving an FEC source or repair packet:<br><br>1. If a FEC source packet is received (as indicated by the UDP port on which it was received):<br>a. The original source packet is reconstructed by removing the Source FEC Payload ID. The resulting packet is buffered to allow time for the FEC repair.<br>b. The resulting packet is placed into the source block according to the information in the Source FEC Payload ID and the source block format described in RFC 6681 [106], section 5. The UDP port the packet was received on is used to determine the Flow ID written into the source block.<br><br>2. If an FEC repair packet is received (as indicated by the UDP port), the contained encoding symbols are placed into an FEC encoding block according to the Repair FEC Payload ID. In case the received FEC repair packet is empty, there are no repair symbols to be placed in the FEC encoding block.<br><br>3. If at least one source packet is missing, then FEC decoding may be desirable. The FEC decoder determines if the encoding block constructed in steps 1 and 2 contains enough symbols from the source and repair packets for decoding and, if so, performs the decoding operation. If only empty FEC repair packets are received, the receiver may start immediately some procedures to conceal the effect of missing media data.<br><br>4. Any missing source packets that were reconstructed during the decoding operation are then buffered as normal received packets (see step 1a above).<br><br>***Source:*** *3GPP TS 26.346* |

# US7853856B2

| Claim 13 | ADT Products |
| --- | --- |
| 13. A device for reconstructing missing data packets, the device comprising:<br><br>a communication interface configured to receive one or more data packets and one or more error correction data packets; and<br><br>a processing module configured to cause the device to<br><br>determine if all of the one or more data packets were received;<br><br>if all of the one or more data packets were not received, evaluate positioning information of the one or more data packets;<br><br>distribute the one or more data packets to a block of data symbols, wherein the block of data symbols comprises equal size data symbols and each data packet is associated to a known position in the block of data symbols;<br><br>distribute the one or more error correction data packets to a block of error correction symbols; and<br><br>recover the one or more data packets that were not received based on the data symbols and based on the error correction symbols. | 8.2.2 FEC mechanism for RTP<br><br>8.2.2.0 General<br><br>The "MBMS FEC scheme" is the fully-specified FEC scheme defined in RFC 6681 [106], section 6 with ID 1.<br><br>If any FEC source packets have been lost, but sufficient FEC source and FEC repair packets have been received, FEC decoding can be performed to recover the FEC source block. The original packets UDP payload and UDP flow identity can then be extracted from the source block and provided to the upper layer. If not enough FEC source and repair packets were received, only the original packets that were received as FEC source packets will be available. The rest of the original packets are lost.<br><br>If a UE that supports MBMS User Services receives a mathematically sufficient set of encoding symbols generated according to the encoder specification in RFC 5053 [91], section 5.3, for reconstruction of a source block, then the decoder shall recover the entire source block. Note that the example decoder described in [91] section 5.5 fulfils this requirement.<br><br>Note that the receiver must be able to buffer all the original packets and allow time for the FEC repair packets to arrive and FEC decoding to be performed before media playout begins. The min-buffer-time parameter specified in clause 8.3.1.8 helps the receiver to determine a sufficient duration for initial start-up delay.<br><br>***Source:*** *3GPP TS 26.346* |

# US7853856B2

| Claim 13 | ADT Products |
|---|---|
| 13. A device for reconstructing missing data packets, the device comprising:<br><br>a communication interface configured to receive one or more data packets and one or more error correction data packets; and<br><br>a processing module configured to cause the device to<br><br>determine if all of the one or more data packets were received;<br><br>if all of the one or more data packets were not received, evaluate positioning information of the one or more data packets;<br><br>distribute the one or more data packets to a block of data symbols, wherein the block of data symbols comprises equal size data symbols and each data packet is associated to a known position in the block of data symbols;<br><br>distribute the one or more error correction data packets to a block of error correction symbols; and<br><br>recover the one or more data packets that were not received based on the data symbols and based on the error correction symbols. | 8.2.2.9 Source FEC Payload ID<br><br>The Source FEC payload ID shall be the Source FEC Payload ID format A in section 6.2.2 of RFC 6681 [106].<br><br>**Source:** *3GPP TS 26.346*<br><br>6.2.2. Source FEC Payload ID<br><br>This scheme makes use of an Explicit Source FEC Payload ID, which is appended to the end of the source packets. Two formats are defined for the Source FEC Payload ID, format A and format B. The format that is used is signaled as part of the FEC Framework Configuration Information.<br><br>The Source FEC Payload ID for format A is provided in Figure 2.<br><br>0 1 2 3 (bit positions 0–31)<br>\| Source Block Number (SBN) \| Encoding Symbol ID (ESI) \|<br><br>Figure 2: Source FEC Payload ID - Format A<br><br>Source Block Number (SBN), (16 bits): Identifier for the source block that the source data within the packet relates. The field type is unsigned integer.<br><br>Encoding Symbol ID (ESI), (16 bits): The starting symbol index of the source packet in the source block. The field type is unsigned integer.<br><br>**Source:** *RFC 6681* |

# US7853856B2

| Claim 13 | ADT Products |
|---|---|
| 13. A device for reconstructing missing data packets, the device comprising:<br><br>a communication interface configured to receive one or more data packets and one or more error correction data packets; and<br><br>a processing module configured to cause the device to<br><br>determine if all of the one or more data packets were received;<br><br>if all of the one or more data packets were not received, evaluate positioning information of the one or more data packets;<br><br>distribute the one or more data packets to a block of data symbols, wherein the block of data symbols comprises equal size data symbols and each data packet is associated to a known position in the block of data symbols;<br><br>distribute the one or more error correction data packets to a block of error correction symbols; and<br><br>recover the one or more data packets that were not received based on the data symbols and based on the error correction symbols. | **B.5 Systematic Raptor encoder**<br><br>**B.5.1 Encoding overview**<br><br>The systematic Raptor encoder is used to generate *repair symbols* from a source block that consists of $K$ *source symbols*.<br><br>Symbols are the fundamental data units of the encoding and decoding process. For each source block (sub-block) all symbols (sub-symbols) are the same size. The atomic operation performed on symbols (sub-symbols) for both encoding and decoding is the exclusive-or operation.<br><br>Let $C'[0],\ldots, C'[K-1]$ denote the $K$ source symbols.<br><br>Let $C[0],\ldots, C[L-1]$ denote $L$ intermediate symbols.<br><br>The first step of encoding is to generate a number, $L > K$, of intermediate symbols from the $K$ source symbols. In this step, $K$ source triples $(d[0], a[0], b[0]), \ldots, (d[K-1], a[K-1], b[K-1])$ are generated using the Trip[] generator as described in sub-clause B.5.4.4. The $K$ source triples are associated with the $K$ source symbols and are then used to determine the $L$ intermediate symbols $C[0],\ldots, C[L-1]$ from the source symbols using an inverse encoding process. This process can be can be realized by a Raptor decoding process.<br><br>***Source:*** *3GPP TS 26.346* |

# US7853856B2

| Claim 13 | ADT Products |
|---|---|
| 13. A device for reconstructing missing data packets, the device comprising:<br><br>a communication interface configured to receive one or more data packets and one or more error correction data packets; and<br><br>a processing module configured to cause the device to<br><br>determine if all of the one or more data packets were received;<br><br>if all of the one or more data packets were not received, evaluate positioning information of the one or more data packets;<br><br>distribute the one or more data packets to a block of data symbols, wherein the block of data symbols comprises equal size data symbols and each data packet is associated to a known position in the block of data symbols;<br><br>distribute the one or more error correction data packets to a block of error correction symbols; and<br><br>recover the one or more data packets that were not received based on the data symbols and based on the error correction symbols. | **8.2.2.2 Receiving terminal operation (Informative)**<br><br>The following describes a possible receiver algorithm, when receiving an FEC source or repair packet:<br><br>1. If a FEC source packet is received (as indicated by the UDP port on which it was received):<br>a. The original source packet is reconstructed by removing the Source FEC Payload ID. The resulting packet is buffered to allow time for the FEC repair.<br>b. The resulting packet is placed into the source block according to the information in the Source FEC Payload ID and the source block format described in RFC 6681 [106], section 5. The UDP port the packet was received on is used to determine the Flow ID written into the source block.<br><br>2. If an FEC repair packet is received (as indicated by the UDP port), the contained encoding symbols are placed into an FEC encoding block according to the Repair FEC Payload ID. In case the received FEC repair packet is empty, there are no repair symbols to be placed in the FEC encoding block.<br><br>3. If at least one source packet is missing, then FEC decoding may be desirable. The FEC decoder determines if the encoding block constructed in steps 1 and 2 contains enough symbols from the source and repair packets for decoding and, if so, performs the decoding operation. If only empty FEC repair packets are received, the receiver may start immediately some procedures to conceal the effect of missing media data.<br><br>4. Any missing source packets that were reconstructed during the decoding operation are then buffered as normal received packets (see step 1a above).<br><br>Note that the above procedure may result in that not all original packets are recovered, and they must simply be marked as being lost.<br><br>***Source:*** *3GPP TS 26.346* |

# US7853856B2

| Claim 13 | ADT Products |
|---|---|
| 13. A device for reconstructing missing data packets, the device comprising:<br><br>a communication interface configured to receive one or more data packets and one or more error correction data packets; and<br><br>a processing module configured to cause the device to<br><br>determine if all of the one or more data packets were received;<br><br>if all of the one or more data packets were not received, evaluate positioning information of the one or more data packets;<br><br>distribute the one or more data packets to a block of data symbols, wherein the block of data symbols comprises equal size data symbols and each data packet is associated to a known position in the block of data symbols;<br><br>distribute the one or more error correction data packets to a block of error correction symbols; and<br><br>recover the one or more data packets that were not received based on the data symbols and based on the error correction symbols. | 6.2.3. Repair FEC Payload ID<br><br>Two formats for the Repair FEC Payload ID, format A and format B, are defined below.<br><br>The Repair FEC Payload ID for format A is provided in Figure 4.<br><br>`                    1                   2                   3`<br>`0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1`<br>`+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+`<br>`\|   Source Block Number (SBN)   \|   Encoding Symbol ID (ESI)    \|`<br>`+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+`<br>`\|   Source Block Length (SBL)   \|`<br>`+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+`<br><br>Figure 4: Repair FEC Payload ID - Format A<br><br>Source Block Number (SBN), (16 bits): Identifier for the source block that the repair symbols within the packet relate. For format A, it is of size 16 bits. The field type is unsigned integer.<br><br>Encoding Symbol ID (ESI), (16 bits): Identifier for the encoding symbols within the packet. The field type is unsigned integer.<br><br>Source Block Length (SBL), (16 bits): The number of source symbols in the source block. The field type is unsigned integer.<br><br>***Source:*** *RFC 6681* |