# EXHIBIT 3 TO INTERSTATE'S COMPLAINT
# US8078618B2 vs ADT Products

# Bibliography

| Field | Details |
| --- | --- |
| Publication Number | US8078618B2 |
| Title | Automatic multimode system for organizing and retrieving content data files |
| Abstract | A method for selecting a method for categorizing a collection of content data files from among a plurality of categorization methods, the method comprising the steps of identifying a collection of content data files, each content data file comprising image or audio data, determining a number of groups (G1) of content data files that will be generated when a first categorization method is applied to the collection of content data files; and designating a range of representations (R) that can be presented on the display, each representing a group of content data files. A first categorization method is selected when the number of groups G is within the range of representations (R); and a different categorization method is selected when the number of groups (G1) is not within range (R). |
| Inventor(s) | Jeffrey J. VanEpps, Daniel E. Gross, Holly L. Brosnahan |
| Priority Date | 2006-01-30 |
| Expiration Date | 2027-03-29 |

# US8078618B2

| Claim 21 | ADT Products |
| --- | --- |
| **21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device;** a user interface for inputting a user request for the content data files; a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files; wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device. | <br>Source: Google Nest Hub (2nd gen) \| ADT.com®<br><br><br>Source: ADT+ app – Apple Store |

# US8078618B2

| Claim 21 | ADT Products |
| --- | --- |
| **21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device;** a user interface for inputting a user request for the content data files; a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files; wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device. | Security ADT+ gives you secure mobile access to your ADT home security system, allowing you to arm and disarm your security system, monitor your home virtually anywhere, and manage access. Smart Home Management Manage your home virtually anywhere. Arm and disarm your security system, stream live video and view video history from your Nest cameras and receive personalized alerts and emails for events around your home like arming, disarming, and intelligent alerts from your smart home devices. Trusted Neighbor™ Eligible customers can take advantage of ADT's Trusted Neighbor™. Trusted Neighbor™ is a new ADT service that lets you grant secure, temporary access to your home through the ADT+ app. Trusted Neighbor™ is designed to give you peace of mind and is the latest example of our commitment to empowering you to protect and connect what matters most.<br><br>My Safety Introducing a new personal safety service built right into the ADT+ app and included with your Pro Monitoring plan at no additional cost. With 24/7 access to ADT's monitoring agents across the U.S., help on-the-go is a tap away. My Safety keeps an eye out before situations escalate – offering check-ins, discreet alerts, and fast access to help when something doesn't feel right.*** Use the ADT+ app to:<br>* Arm and disarm your system from virtually anywhere<br>* Stream live video and speak to visitors with two-way talk from your Nest Cams and Doorbells*<br>* View event video history so you can see what your cameras captured if you're home or away*<br>* Check the status of your ADT+ security system<br>* Turn lights on and off, lock/unlock smart locks, adjust the thermostat, and open/close your garage door with the app<br>* Manage your settings and profile, and set up and edit custom alerts to reach you via email or push notification<br>* Set up custom Rules to create automations for your security and smart Z-Wave devices<br>* With Trusted Neighbor™, allow trusted individuals to keep an eye on your home while you're away**<br>*Some features, including mobile notifications, remote control, video streaming and video recording, require working internet and Wi-Fi. **For eligible ADT+ customers. ***Available in the United States only. Excludes Milwaukee, WI.<br><br>*Source: ADT+ App - App Store* |

# US8078618B2

| Claim 21 | ADT Products |
|---|---|
| **21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device;** a user interface for inputting a user request for the content data files; a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files; wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device. | Customers enrolled in ADT SMART Monitoring have control of their device recordings and data. They get to decide what data their Nest Cam or Nest Doorbell shares with ADT. When there is an alarm event, the video and data the customer has consented to share with ADT about the event is stored securely in our cloud platform "lockbox" (where access is restricted, authenticated and auditable). This data can be used by ADT to help verify an alarm event, which can result in a higher-priority response from first responders.<br><br>*Source: How ADT protects customer info and creates premium user experiences with data - ADT*<br><br>**Overview**<br><br>History consists of the events that have happened in your home over the last 30 days. They include things like when you Arm and Disarm the system, open doors and windows, when the system detects motion, when alerts are sent, along with other events. On Android, these events can be filtered by type. You can also pick a date range for events within a specific time period in the last 90 days to verify something that may have happened in your home.<br>For example, your event history may show the time and location of activity throughout your home, as seen on this screen showing the garage door opening and closing and motion detected by one of the motion sensors.<br><br>**How many days are events stored for?**<br><br>Events are stored for 30 days in the ADT+ app and for 30 days in the plus.adt.com web portal.<br><br>*Source: help.adt.com/s/article/adt-Smart-Home-Security-Event-History-Retention-FAQs* |

# US8078618B2

| Claim 21 | ADT Products |
| --- | --- |
| 21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device; **a user interface for inputting a user request for the content data files;** a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files; wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device. | <br>*Source: https://www.adt.com/adt-plus-app* |

# US8078618B2

| Claim 21 | ADT Products |
|---|---|
| 21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device; **a user interface for inputting a user request for the content data files;** a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files; wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device. | ADT+<br>About this app<br><br>Smart Home Management<br>Manage your home virtually anywhere. Arm and disarm your security system, stream live video and view video history from your Nest cameras and receive personalized alerts and emails for events around your home like arming, disarming, and intelligent alerts from your smart home devices.<br><br>*Source:* play.google.com/store/apps/details?id=com.adt.adtplus.prod<br><br>◦ Saved media on your application may be accessed by taping on the camera image on the dashboard and selecting the Saved Media icon.<br>◦ Here you can find saved media by date range, camera name or by camera media type:<br>▪ Date Range - Saved media is sorted by Today, Yesterday, and then by timestamp.<br>▪ Camera Name - At the top you will see the name of your camera in which you are currently viewing media from.<br>▪ Media Type - Saved media is shown with icons per clip for either a photo or record video.<br>◦ The applications also have a feature so you can save media to your devices photo gallery. You can select individual clips and then select the download icon to save media to your personal device.<br><br>*Source:* help.adt.com/article/blue-cameras-and-saved-media |

# US8078618B2

## Claim 21

21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device; a user interface for inputting a user request for the content data files; **a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files;** wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device.

## ADT Products

See what has happened in and around your home at a glance.*




Get peace of mind and convenience. Manage your ADT security and compatible smart home devices from virtually anywhere.*




Get intelligent alerts for people, animals and vehicles from Google Nest devices.*




*Source:*
[https://play.google.com/store/apps/details?id=com.adt.adtplus.prod&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.adt.adtplus.prod&hl=en_US&gl=US)

# US8078618B2

| Claim 21 | ADT Products |
|---|---|
| 21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device; a user interface for inputting a user request for the content data files; **a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files;** wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device. | ◦ Here you can find saved media by date range, camera name or by camera media type:<br>▪ Date Range - Saved media is sorted by Today, Yesterday, and then by timestamp.<br>▪ Camera Name - At the top you will see the name of your camera in which you are currently viewing media from.<br>▪ Media Type - Saved media is shown with icons per clip for either a photo or record video.<br><br>*Source: help.adt.com/article/blue-cameras-and-saved-media*<br><br>**Activity page filtering by device**<br><br>Enhanced sorting capability/options allows you to easily narrow your search.<br>From the Activity screen:<br>▪ Go to **Event Types** and select from the drop down.<br>▪ Go to **Device Types** and select from the drop down. Device type filtering is only available in the web portal and not the app.<br><br>*Source: help.adt.com/article/Whats-New-for-You-in-ADT-Business*<br><br>Event history retention consists of the events that have happened in your home over the last 30 days. They include things like when you Arm and Disarm the system, open doors and windows, when the system detects motion, when alerts are sent, along with other events. These events can be filtered by type via the ADT+ app (where it is now located on the bottom of the home screen) or web portal, or you can search by keyword in both areas. You can also pick a date range for events within a specific time period in the last 90 days to verify something that may have happened in your home.<br>For example, your event history may show the time and location of activity throughout your home as seen on this screen related to the door to the garage opening and closing and motion detected by one of the motion sensors.<br><br>*Source: ADT Self Setup- Event History Retention and FAQs* |

# US8078618B2

| Claim 21 | ADT Products |
|---|---|
| 21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device; a user interface for inputting a user request for the content data files; a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files; **wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and** wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device.<br><br>***Spec Support:*** Factors that might influence the selection of a range of representations in either a generally fixed or a variable selection embodiment can include image resolution of display **16**, the physical size of display **16**, the nature of the content within each group, the shape of display **16**, the proportion of display **16** that is available for such presentation and a general understanding of human visual acuity and human short term memory. | UIKit / UIDevice / userInterfaceIdiom<br><br>Instance Property<br><br>**userInterfaceIdiom**<br><br>**The style of interface to use on the current device.**<br><br>iOS 3.2+ \| iPadOS 3.2+ \| Mac Catalyst 13.1+ \| tvOS \| visionOS 1.0+<br><br>`var userInterfaceIdiom: UIUserInterfaceIdiom { get }`<br><br>**Discussion**<br><br>For universal applications, you can use this property to tailor the behavior of your application for a specific type of device. For example, iPhone and iPad devices have different screen sizes, so you might want to create different views and controls based on the type of the current device.<br><br>**See also**<br><br>**Identifying the device and operating system**<br><br>`var name: String`<br>The name of the device.<br><br>`var systemName: String`<br>The name of the operating system running on the device.<br><br>`var systemVersion: String`<br>The current version of the operating system.<br><br>`var model: String`<br>The model of the device.<br><br>`var localizedModel: String`<br>The model of the device as a localized string.<br><br>`var identifierForVendor: UUID?`<br>An alphanumeric string that uniquely identifies a device to the app's vendor.<br><br>*Source: userInterfaceIdiom \| Apple Developer Documentation* |

# US8078618B2

| Claim 21 | ADT Products |
| --- | --- |
| 21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device; a user interface for inputting a user request for the content data files; a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files; **wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and** wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device.<br><br>***Spec Support:*** Factors that might influence the selection of a range of representations in either a generally fixed or a variable selection embodiment can include image resolution of display **16**, the physical size of display **16**, the nature of the content within each group, the shape of display **16**, the proportion of display **16** that is available for such presentation and a general understanding of human visual acuity and human short term memory. | **What are adaptive apps?**<br><br>Adaptive apps change layouts based on changes in the app display, primarily the size of the app window. But adaptive apps also accommodate changes in the posture of foldable devices, such as tabletop or book posture, and changes in screen density and font size.<br><br>Instead of just stretching or shrinking UI elements in response to different window sizes, adaptive apps replace layout components and show or hide content. For example, on standard phones, an adaptive app might display a bottom navigation bar, but on large screens, a navigation rail. On large screens, adaptive apps display more content, such as a two-pane, list-detail layout; on small screens, less content, either the list or the detail.<br><br><br><br>Source: *Get started with adaptive apps \| Jetpack Compose \| Android Developers* |

# US8078618B2

| Claim 21 | ADT Products |
|---|---|
| 21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device; a user interface for inputting a user request for the content data files; a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files; **wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and** wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device.<br><br>***Spec Support:*** Factors that might influence the selection of a range of representations in either a generally fixed or a variable selection embodiment can include image resolution of display **16**, the physical size of display **16**, the nature of the content within each group, the shape of display **16**, the proportion of display **16** that is available for such presentation and a general understanding of human visual acuity and human short term memory. | Android runs on a variety of devices that have different screen sizes and pixel densities. The system performs basic scaling and resizing to adapt your user interface to different screens, but there are ways to help your UI adapt better to each screen type.<br><br>**Screen sizes**<br>The screen size is the visible space for your app UI. The screen size, as it's recognized by your app, isn't the actual size of the device screen. Apps must take into account the screen orientation, system decorations—such as the navigation bar—and window configuration changes, such as when the user enables multi-window mode.<br><br>**Flexible layouts**<br>By default, Android resizes your app layout to fit the current screen. To help your layout resize well for small variations in screen size, implement your layout with flexibility in mind. Don't hardcode the position and size of your UI components. Instead, let view sizes stretch and specify view positions relative to the parent view or other sibling views so that your intended order and relative sizes remain the same as the layout grows.<br>To learn more about flexible layouts, see Responsive design.<br><br>**Alternative layouts**<br>A flexible layout is important, but you also need to design different layouts that optimize the user experience for the available space on different devices. Android lets you provide alternative layout files that the system applies at runtime based on the current device's screen size.<br><br><br>Source: *Screen compatibility overview \| Compatibility \| Android Developers* |

# US8078618B2

| Claim 21 | ADT Products |
| --- | --- |

21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device; a user interface for inputting a user request for the content data files; a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files; **wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and** wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device.

***Spec Support:*** Factors that might influence the selection of a range of representations in either a generally fixed or a variable selection embodiment can include image resolution of display **16**, the physical size of display **16**, the nature of the content within each group, the shape of display **16**, the proportion of display **16** that is available for such presentation and a general understanding of human visual acuity and human short term memory.










Source:
https://apps.apple.com/us/app/adt/id1604464354

*Source:*
*https://apps.apple.com/us/app/adt/id1604464354 (Click on ipad option to view these images)*

# US8078618B2

| Claim 21 | ADT Products |
|---|---|

**Claim 21**

21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device; a user interface for inputting a user request for the content data files; a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files; **wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and** wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device.

***Spec Support:*** Factors that might influence the selection of a range of representations in either a generally fixed or a variable selection embodiment can include image resolution of display **16**, the physical size of display **16**, the nature of the content within each group, the shape of display **16**, the proportion of display **16** that is available for such presentation and a general understanding of human visual acuity and human short term memory.

**ADT Products**

- **Improved event history and details:** The redesigned experience maintains the visibility of the player window while scrolling and includes improved feedback flows.




- **Zoomed-in previews:** Thumbnail previews are now animated clips that focus on the subject so you can see exactly what happened at a glance.1,2
- **Enhanced timeline navigation:** With an Advanced plan of Google Home Premium, your timeline view will include event descriptions, making it easier and more enjoyable to scroll through your history and identify interesting moments.
- **Event filtering:** With filter options, you can easily find what you care about most by sorting your event list by specific criteria, such as Person seen, Package seen, Glass break heard, or Activity Zone.

**Easier and more accurate familiar face detection**

We've made some improvements to familiar face detection and made it easier to refine so you can spot people you know more accurately and get more reliable alerts.

*Source:* *https://support.google.com/googlehome/thread/439124825/enhanced-camera-experience-in-the-google-home-app?hl=en&sjid=9325388465049600856-NC*

# US8078618B2

| Claim 21 | ADT Products |
|---|---|
| 21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device; a user interface for inputting a user request for the content data files; a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files; **wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and** wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device.<br><br>***Spec Support:*** Factors that might influence the selection of a range of representations in either a generally fixed or a variable selection embodiment can include image resolution of display **16**, the physical size of display **16**, the nature of the content within each group, the shape of display **16**, the proportion of display **16** that is available for such presentation and a general understanding of human visual acuity and human short term memory. | **VIEWING SAVED MEDIA ON APPLICATIONS AND WEB PORTAL**<br><br>• **APPLICATIONS**<br>◦ Saved media on your application may be accessed by taping on the camera image on the dashboard and selecting the Saved Media icon.<br>◦ Here you can find saved media by date range, camera name or by camera media type:<br>▪ Date Range - Saved media is sorted by Today, Yesterday, and then by timestamp.<br>▪ Camera Name - At the top you will see the name of your camera in which you are currently viewing media from.<br>▪ Media Type - Saved media is shown with icons per clip for either a photo or record video.<br>◦ The applications also have a feature so you can save media to your devices photo gallery. You can select individual clips and then select the download icon to save media to your personal device.<br>◦ By selecting a clip you may also delete saved media by selecting the trash can icon.<br><br>*Sources:* Blue - Cameras and Saved Media<br><br>**Activity page filtering by device**<br><br>Enhanced sorting capability/options allows you to easily narrow your search.<br>From the Activity screen:<br>▪ Go to **Event Types** and select from the drop down.<br>▪ Go to **Device Types** and select from the drop down. Device type filtering is only available in the web portal and not the app.<br><br>**Video filter on activity**<br><br>Filtering is available based on the activity like Doors Ajar, Locked, Unlocked, etc.<br>From the Activity screen: Use the thumbnail you need to take you directly to the clip you need.<br><br>*Sources:* What's New for You in ADT Business |

# US8078618B2

## Claim 21

21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device; a user interface for inputting a user request for the content data files; a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files; wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and **wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device.**

## ADT Products




Source: https://www.adt.com/products/google-nest-hub-2nd-gen




Source: ADT+ app – Apple Store

# US8078618B2

<table>
<tr><th>Claim 21</th><th>ADT Products</th></tr>
<tr><td>21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device; a user interface for inputting a user request for the content data files; a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files; wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device.</td><td>





Source: https://apps.apple.com/us/app/adt/id1604464354<br>Source: https://apps.apple.com/us/app/adt/id1604464354 (click on the ipad option to view these images)</td></tr>
</table>

# US8078618B2

| Claim 21 | ADT Products |
| --- | --- |
| 21. A display device comprising: a plurality of content data files stored in a storage location accessible by the display device, each content data file including information for being presented on a display coupled to the display device; a user interface for inputting a user request for the content data files; a controller coupled to the display device that receives the user request for the content data files and accesses the content data files in response thereto, the controller determining a number of groups of the content data files that are generated by each of a plurality of different content data file categorization methods, said each of a plurality of different content data file categorization methods different from each other but selected from a categorization method group consisting of geographic location of where the content data files were captured; number of steps required to access the content data files in a group; date of when the content data files were captured; the storage file locations in which the content data files are stored; people identified in images in the content data files; object types in images in the content data files; color illumination values of images in the content data files; camera settings used to capture images in the content data files; image formats used to store images in the content data files; special effects applied to images in the content data files; and quality measures of the content data files; wherein said controller selects one of the content data file categorization methods based upon said number of content data file groups that it generates being within a predetermined range of numbers; and **wherein said controller uses said selected one of the content data file categorization methods for representing the groups of the content data files generated thereby on the display coupled to the display device.** | **VIEWING SAVED MEDIA ON APPLICATIONS AND WEB PORTAL**<br><br>• **APPLICATIONS**<br>◦ Saved media on your application may be accessed by taping on the camera image on the dashboard and selecting the Saved Media icon.<br>◦ Here you can find saved media by date range, camera name or by camera media type:<br>▪ Date Range - Saved media is sorted by Today, Yesterday, and then by timestamp.<br>▪ Camera Name - At the top you will see the name of your camera in which you are currently viewing media from.<br>▪ Media Type - Saved media is shown with icons per clip for either a photo or record video.<br>◦ The applications also have a feature so you can save media to your devices photo gallery. You can select individual clips and then select the download icon to save media to your personal device.<br>◦ By selecting a clip you may also delete saved media by selecting the trash can icon.<br><br>*Source: help.adt.com/article/blue-cameras-and-saved-media*<br><br>The Nest Doorbell and Cams also allow you to set personalized activity zones. When activity happens in one of these zones, a notification is sent to you through the ADT+ app and you can view the area and speak through the camera speaker.<br><br>*Source: newsroom.adt.com/corporate-news/how-the-adt-app-can-help-you-maximize-your-smart-home* |