# EXHIBIT 4

ANTONELLI, HARRINGTON & THOMPSON LLP

4306 YOAKUM BOULEVARD, SUITE 450 • HOUSTON, TX 77006 • 713-581-3000 • FAX: 713-581-3020

Zachariah S. Harrington
Direct: (713) 581-3003
Email: zac@ahtlawfirm.com

**VIA FedEx and Email**

Confidential and Subject to FRE 408

Mr. Jim DeVries
President and Chief Executive Officer
ADT Inc.
1501 Yamota Road,
Boca Raton, FL 33431
Email: jdevries@adt.com

August 20th, 2026

**RE: INTERSTATE PATENTS, LLC PATENT PORTFOLIO**

Dear Mr. DeVries,

This law firm represents Interstate Patents, LLC ("Interstate"), a Texas-based entity with a registered address at 1909 Lohman Ford Road, Lago Vista, TX 78645, and owner of the entire rights, titles, and interest in a portfolio of the patent and patent application assets and listed in the attached Schedule A (the "Portfolio").

**INTERSTATE'S PORTFOLIO:**

- Comprises of over 100 patent and patent application assets on important fleet management technologies.
- Includes some 51 US granted patents that disclose inventions through over 1,290 claims, including method claims with substantial back damage considerations.
- Was invented at premier invention labs, including Eastman Kodak, Verizon, Nokia, and Rockwell Automation.
- Has early priority dates for the respective technologies.
- Is cited over 2800 times including by Fortune 100 companies such as Amazon, Adobe, AT&T, Apple, and IBM.
- Has been extensively charted and is being litigated.

Based on our investigation to date, it is the understanding and contention of Interstate that ADT Inc. and/or its affiliates ("ADT") infringe and induce others to infringe claims of certain patents in the Portfolio. The attached Schedule B includes select charts explaining this infringement case in detail.

Interstate has asserted and is asserting several U.S. Patents from the Portfolio in ongoing lawsuits in the United States District Courts.

Interstate's purpose in writing to you is to open a dialogue for ADT to obtain a license under the Portfolio. Additionally, this letter is meant to constitute actual notice under Section 287(a) of the U.S. Patent Act. Interstate is prepared to grant ADT coverage under the Portfolio (or a subset of the portfolio) for past and future use of the disclosed inventions. No litigation has been filed against ADT by Interstate, nor is this letter intended to imply a threat of imminent litigation. We would, however, like to schedule a call between your licensing team and the principals of Interstate to explore these licensing options. We look forward to hearing from you and working with you.

Sincerely,

______________________________

Zachariah S. Harrington
Antonelli, Harrington & Thompson LLP
4306 Yoakum, Suite 450
Houston, TX 77006
(713) 581-3003 (direct)
(713) 581-3020 (fax)
(917) 370-1957 (cell)
zac@ahtlawfirm.com
www.ahtlawfirm.com